KATHY A. DOCKERY
CHAPTER 13 TRUSTEE
801 S. FIGUEROA ST., SUITE 1850
LOS ANGELES, CA 90017
PHONE: (213) 996-4400
FAX: (213) 996-4426

USBC, CENTRAL DISTRICT OF CALIFORNIA
FINANCIAL SERVICES DEPARTMENT
c/o FSD SUPERVISOR
255 E. TEMPLE ST., ROOM #1067
LOS ANGELES, CA 90012

# UNITED STATES BANKRUPTCY COURT
# CENTRAL DISTRICT OF CALIFORNIA
# LOS ANGELES DIVISION

**To**: CLERK, UNITED STATES BANKRUPTCY COURT

**Re**: UNDISTRIBUTED FUNDS - 3011

**Case No.**: **LA14-11674-SK**

**Debtor(s)**: Russell Smith
3631 W Scribner Ln
Inglewood, CA 90305-1868

Debra Elaine Smith (Co-Debtor)

Explanation of Source: Transmitted herewith for deposit into the Court registry is the check identified below. Payee(s) have failed to timely negotiate the issued check(s) and/or provide alternative contact information to the Trustee to facilitate a successful negotiation of the funds. Consequently, this check represents undistributed funds in the above referenced matter.

| PAYEE | AMOUNT |
|---|---|
| BENEFICIAL FINANCIAL I INC.<br>636 GRAND REGENCY BLVD<br>BRANDON, FL 33510 | $1,343.94 |

DATED: April 17, 2019

Kathy A. Dockery
Chapter 13 Trustee